```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

**RAYMOND WEINUS,**                  :
                                     :
      **Plaintiff**         :     No. 1:14-CV-00438
                                     :
  **vs.**                            :     (Judge Kane)
                                     :
**CAROLYN W. COLVIN, ACTING**        :
**COMMISSIONER OF SOCIAL**           :
**SECURITY,**                        :
                                     :
      **Defendant**         :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Weinus's appeal as it relates to his claim for disability insurance benefits is dismissed.

2. The Clerk of Court shall enter judgment in favor of Raymond Weinus with respect to his claim for SSI benefits and against the Commissioner of Social Security, as set forth in the following paragraph.

3. The decision of the Commissioner of Social Security denying Raymond Weinus social security SSI benefits is reversed and the case remanded to the Commissioner of Social Security for the calculation and award of SSI benefits to Weinus, if he meets the financial requirements.

      4.   The Clerk of Court shall close this case.

S/ Yvette Kane<br>
Yvette Kane<br>
United States District Judge

Date: February 4, 2015